United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MORGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HONORABLE CHRISTINE ANNE<br>MASSULLO, et al.,<br><br>        Defendants. | Case No.: C12-1046 JSC<br><br>**ORDER RE: PLAINTIFF'S<br>APPLICATION TO PROCEED *IN<br>FORMA PAUPERIS*** |

        Plaintiff, proceeding pro se, filed this action challenging the constitutionality of the legal proceedings that determined child support for and custody of his minor child.  (Dkt. No. 1.)  He also filed an application to proceed *in forma pauperis*.  (Dkt. No. 2.)  The Court requires further information from Plaintiff to evaluate his eligibility to proceed without the payment of the filing fee pursuant to 28 U.S.C. §1915(a).  First, Plaintiff must sign his Application to Proceed *In Forma Pauperis* to affirm, under penalty of perjury, that the information provided is true and correct.  (Dkt. No. 2 at 4.)  Further, Plaintiff must explain his change in financial circumstances as the documentation otherwise provided by Plaintiff indicates he is a carpenter with an income of at least $60,000 per year.  (Dkt. No. 1, Ex. A.)

Upon receipt of a signed and updated application, the Court will consider Plaintiff's eligibility to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

Dated:  March 7, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

2