IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MORGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HONORABLE CHRISTINE ANNE MASSULLO, et al.,<br><br>        Defendants. | Case No.: C12-1046 JSC<br><br>**REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITHOUT PREJUDICE (Dkt. No. 1)** |

    Plaintiff, proceeding pro se, filed this action challenging the constitutionality of the legal proceedings that determined child support for and custody of his minor child. (Dkt. No. 1.) He also filed an application to proceed *in forma pauperis*. (Dkt. No. 2.) On March 7, 2012, the Court ordered Plaintiff to provide further information necessary to evaluate his eligibility to proceed without the payment of the filing fee pursuant to 28 U.S.C. §1915(a). Specifically, the Court required Plaintiff's signature on his application to proceed *in forma pauperis* and clarification of his financial circumstances since supporting documentation submitted by Plaintiff indicated he worked as a carpenter with an annual income of at least $60,000. (Dkt. No. 6.) At the time of this Order, Plaintiff has neither paid the required court fees to continue with his claims nor provided the required information to evaluate his

application to proceed *in forma pauperis*. Consequently, this Court recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's March 7, 2012 Order.

**IT IS SO ORDERED.**

Dated: April 16, 2012

                                            _____
                                            JACQUELINE SCOTT CORLEY
                                            UNITED STATES MAGISTRATE JUDGE